**WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP**
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

DAVID H. BECKER, ESQ. (*Pro Hac Vice pending*)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID H. BAHR, ESQ. (*Pro Hac Vice pending*)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

*Attorneys for Plaintiff Basin and Range Watch*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>          Plaintiff,<br><br>     vs.<br><br>BUREAU OF LAND MANAGEMENT and U.S. DEPARTMENT OF THE INTERIOR,<br><br>          Defendants. | Case No. 2:16-cv-00403-JCM-PAL<br><br>**REQUEST OF PLAINTIFF FOR ORDER TO ISSUE NON-STANDARD SUMMONSES PURSUANT TO FRCP 12(a) AND 5 U.S.C. § 552(a)(4)(C)**<br><br>**EXPEDITED CONSIDERATION REQUESTED** |

Plaintiff Basin and Range Watch respectfully requests that the Court order the Office of the District Court Clerk to issue the attached Proposed Summonses in the above-captioned matter. The proposed summonses are attached hereto as Exhibits 1 and 2.

Good cause for this request exists because this action is brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552(a)(4)(B), which includes a statutory deviation from

1  the otherwise standard timelines for defendants to respond to a complaint pursuant to the Federal
2  Rules of Civil Procedure.  The standard Summons form does not provide the correct time for the
3  federal defendants in this case to serve a responsive pleading.  The standard form provides the
4  default dates listed in Fed. R. Civ. P. 12(a), namely 21 days, or 60 days if a defendant is the
5  United States or its agency.  However, Fed. R. Civ. P. 12(a) expressly provides that these standard
6  times apply "[u]nless another time is specified by this rule *or a federal statute*." (Emphasis added).

7        The federal FOIA statute provides "another time" for filing a responsive pleading as
8  contemplated by Fed. R. Civ. P. 12(a).  Under the FOIA, federal defendants have only 30 days to
9  answer: "Notwithstanding any other provision of law, *the defendant shall serve an answer or*
10 *otherwise plead to any complaint made under this subsection within thirty days after service* upon
11 the defendant of the pleading in which such complaint is made, unless the court otherwise directs
12 for good cause shown."  5 U.S.C. § 552(a)(4)(C) (emphasis added).

13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1    Accordingly, use of the form summons in this case is improper because it would indicate
2 the incorrect time for the federal defendants to serve a responsive pleading under the FOIA statute.
3 Basin and Range Watch respectfully requests that the Court order the Office of the District Court
4 Clerk to issue the attached Proposed Summonses that include the 30 day time for Defendants to
5 serve a responsive pleading.

6    February 26, 2016                         Respectfully submitted,

7                                              **WOLF, RIFKIN, SHAPIRO,**
                                               **SCHULMAN & RABKIN, LLP**
8

9                                              By:        /s/ *Christopher W. Mixson*
                                               CHRISTOPHER W. MIXSON, ESQ.
10                                             Nevada Bar No. 10685
                                               3556 E. Russell Road, Second Floor
11                                             Las Vegas, Nevada 89120
                                               (702) 341-5200/Fax: (702) 341-5300
12                                             cmixson@wrslawyers.com

13
                                               DAVID H. BECKER, ESQ. (*Pro Hac Vice*
14                                             *pending*)
                                               Oregon Bar No. 081507
15                                             Law Office of David H. Becker, LLC
                                               917 SW Oak St, Suite 409
16                                             Portland, OR 97205
                                               (503) 388-9160
17                                             davebeckerlaw@gmail.com

18
                                               DAVID A. BAHR, ESQ., (Pro Hac Vice pending)
19                                             Oregon Bar No. 90199
                                               Bahr Law Offices, P.C.
20                                             1035 1/2 Monroe Street
                                               Eugene, Oregon 97402
21                                             (541) 556-6439
22                                             davebahr@mindspring.com

23                                             *Attorneys for Plaintiff Basin and Range Watch*

24

25
                                                       **IT IS SO ORDERED.**
26

27          Dated: March 9, 2016            _____
28                                                     United States Magistrate Judge

-3-
Ex Parte Request to Issue Summonses