1  DAVID H. BECKER, ESQ. (Pro Hac Vice)          DANIEL G. BOGDEN
   Oregon Bar No. 081507                          United States Attorney
2  Law Office of David H. Becker, LLC            District of Nevada
   917 SW Oak St., Suite 409                      TROY K. FLAKE
3  Portland, Oregon 97205                         Assistant United States Attorney
   (503) 388-9160                                 U.S. Attorney's Office
4  davebeckerlaw@gmail.com                        501 Las Vegas Boulevard South, Suite 1100
                                                  Las Vegas, Nevada 89101
5  DAVID H. BAHR, ESQ. (Pro Hac Vice)            Telephone: 702-388-6336
   Oregon Bar No. 90199                           Facsimile: 702-388-6787
6  Bahr Law Offices, P.C.                         Email: troy.flake@usdoj.gov
   1035 1/2 Monroe St.
7  Eugene, Oregon 97402                           *Attorneys for the Federal Defendants*
   (541) 556-6439
8  davebahr@mindspring.com

9  WOLF, RIFKIN, SHAPIRO,
   SCHULMAN & RABKIN, LLP
10 CHRISTOPHER W. MIXSON, ESQ.
   Nevada Bar No. 10685
11 5594-B Longley Lane
   Reno, Nevada 89511
12 (775) 853-6787/Fax: (775) 853-6774
   cmixson@wrslawyers.com
13
   *Attorneys for Plaintiff Basin and Range Watch*
14

15              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
16

17 BASIN AND RANGE WATCH,                )
                                          )  Civil Action No.:  2:16-cv-00403 JCM-PAL
18          Plaintiff,                    )
                                          )
19      v.                                )
                                          )
20 BUREAU OF LAND MANAGEMENT              )  **JOINT MOTION FOR STAY PENDING**
   AND THE U.S. DEPARTMENT OF THE         )  **SETTLEMENT**
21 INTERIOR,                              )
                                          )
22          Defendants.                   )
                                          )
23 _____

24      Plaintiff Basin and Rage Watch and Defendants Bureau of Land Management and U.S.

25 Department of the Interior submit this joint request that this matter be stayed for 30 days to allow the

26 parties time to pursue settlement.

1   This case arises out of Plaintiff's Freedom of Information Act (FOIA) requests to the Federal

2   Defendants. In responding to the FOIA requests, the Federal Defendants withheld some information

3   pursuant to FOIA's Exemption Four. Plaintiff brought this action seeking disclosure of the information

4   and alleging that the Federal Defendants failed to comply with FOIA.

5   The Federal Defendants filed their Motion for Summary Judgment on July 5, 2016. ECF# 20.

6   Plaintiff filed its Response and Countermotion on August 9, 2016. ECF## 21, 25. Pursuant to the

7   briefing scheduled entered by this Court, ECF 19, the Federal Defendants' combined summary judgment

8   reply and cross-motion response is due September 20, 2016, and Plaintiff's cross-motion reply is due by

9   October 21, 2016.

10   Due to a change in position by the submitter of the information withheld under Exemption Four,

11   the Federal Defendants recently determined that they will disclose all information responsive to

12   Plaintiff's original FOIA requests. The Federal Defendants agree that they will produce this information

13   on or before September 26, 2016. The parties now believe they can resolve this matter without further

14   litigation.

15   Accordingly, the parties respectfully request that this matter be stayed for 30 days to allow the

16   parties to discuss settlement of this matter. The parties request that the Court set a status hearing 30 days

17   from the entry of this Order, by which time the parties will either file a stipulation dismissing this action

18   or submit a new proposed scheduling order to complete briefing on the pending motions.

19   Respectfully submitted this 20th day of September 2016.

20   DANIEL G. BOGDEN
United States Attorney

21

22   /s Troy K. Flake
Troy K. Flake
Assistant United States Attorney
23   Of Attorneys for Federal Defendants

/s David A. Bahr
DAVID A. BAHR, ESQ., *Pro Hac Vice*
*Of Attorneys for Plaintiff*

24   It is so ordered.

25   Date: September 22, 2016

26   United States Magistrate Judge

2