DAVID H. BECKER, ESQ. (Pro Hac Vice)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID H. BAHR, ESQ. (Pro Hac Vice)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

*Attorneys for Plaintiff Basin and Range Watch*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　　Defendants. | Civil Action No.: 2:16-cv-00403 JCM-PAL<br><br>**JOINT MOTION FOR CONTINUATION OF STAY TO ALLOW PARTIES TO ESTABLISH BRIEFING SCHEDULE (SECOND REQUEST)** |

　　　Plaintiff Basin and Rage Watch and Defendants Bureau of Land Management and U.S. Department of the Interior submit this joint motion requesting that the Court extend the stay in this matter for an additional 17 days to November 10, 2016, to allow the parties file a proposed briefing schedule.

　　　This case arises out of Plaintiff's Freedom of Information Act (FOIA) requests to the Federal Defendants. In responding to the FOIA requests, the Federal Defendants withheld some

1

information pursuant to FOIA's Exemption Four. Plaintiff brought this action seeking disclosure of the information and alleging that the Federal Defendants failed to comply with FOIA.

The Federal Defendants filed their Motion for Summary Judgment on July 5, 2016. ECF# 20. Plaintiff filed its Response and Countermotion on August 9, 2016. ECF## 21, 25. On September 27, 2016, the Court stayed the case (ECF #27) to allow the parties to pursue settlement discussions. The Federal Defendants produced all information responsive to Plaintiff's original FOIA requests.

Despite good-faith efforts to resolve the remaining issues in the case, the parties have been unable to come to a mutually satisfactory resolution. Accordingly, the parties request that they be granted a short extension of the stay to November 10, 2016, so they can establish a schedule for the remaining briefing in this matter.

Respectfully submitted this 24th day of October 2016.

DANIEL G. BOGDEN
United States Attorney

/s Troy K. Flake
Troy K. Flake
Assistant United States Attorney
*Of Attorneys for Federal Defendants*

s/ David H. Becker
DAVID H. Becker, ESQ., *Pro Hac Vice*
*Of Attorneys for Plaintiff*

It is so ordered.

Date: October 27, 2016

_____
United States Magistrate Judge