DAVID H. BECKER, ESQ. (Pro Hac Vice)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID H. BAHR, ESQ. (Pro Hac Vice)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

*Attorneys for Plaintiff Basin and Range Watch*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>Defendants. | Civil Action No.: 2:16-cv-00403 JCM-PAL<br><br>**JOINT MOTION FOR CONTINUATION OF STAY OF BRIEFING SCHEDULE (THIRD REQUEST)** |

Plaintiff Basin and Rage Watch and Defendants Bureau of Land Management and U.S. Department of the Interior submit this joint motion requesting that the Court extend the stay of the briefing schedule in this matter until 14 days after the parties have briefed and the Court has decided a

motion by Plaintiff pursuant to LR 26-4 and 26-7 to reopen and take discovery in this matter.

This case arises out of Plaintiff's Freedom of Information Act (FOIA) requests to the Federal Defendants. In responding to the FOIA requests, the Federal Defendants withheld some information pursuant to FOIA's Exemption Four. Plaintiff brought this action seeking disclosure of the information and alleging that the Federal Defendants failed to comply with FOIA.

The Federal Defendants filed their Motion for Summary Judgment on July 5, 2016. ECF# 20. Plaintiff filed its Response and Countermotion on August 9, 2016. ECF## 21, 25. On September 27, 2016, the Court stayed the case (ECF #27) to allow the parties to pursue settlement discussions. The Federal Defendants produced all information responsive to Plaintiff's original FOIA requests.

Before proceeding with further briefing on the merits or regarding attorney fees in this case, Plaintiff has determined that it needs to seek limited discovery from Federal Defendants regarding their determinations to first withhold, and later release, the requested documents, because Plaintiff bears the burden of showing eligibility for, and entitlement to, attorneys' fees if it should seek them.

Lead counsel for plaintiff is traveling out of the country during the next two weeks, which also involve two federal holidays. Plaintiff accordingly proposes to file its motion for leave to reopen and take discovery by December 9, 2016. Federal Defendants intend to oppose this motion, but do not oppose the proposed date for filing Plaintiff's motion. The parties respectfully request that the Court continue the stay until 14 days after the Court has ruled on the Plaintiff's discovery motion.

Respectfully submitted this 10th day of November 2016.

DANIEL G. BOGDEN
United States Attorney

/s Troy K. Flake
Troy K. Flake
Assistant United States Attorney
*Of Attorneys for Federal Defendants*

/s David H. Becker
DAVID H. Becker, ESQ., *Pro Hac Vice*
*Of Attorneys for Plaintiff*

It is so ordered.

United States Magistrate Judge

Date: November 15, 2016

2