DAVID H. BECKER, ESQ. (Pro Hac Vice)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID H. BAHR, ESQ. (Pro Hac Vice)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

*Attorneys for Plaintiff Basin and Range Watch*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Civil Action No.: 2:16-cv-00403 JCM-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO REOPEN DISCOVERY**<br>**(FIRST REQUEST)** |

Plaintiff Basin and Rage Watch filed a Motion to Reopen Discovery (ECF# 32) on **December 9, 2016**. The United States' response is currently due **December 23, 2016**, and Plaintiff's reply would be due **December 30, 2016.**

The parties respectfully request that the Court permit them to modify the briefing schedule as follows:

**January 9, 2017** – United States Opposition to the Motion to Reopen Discovery

**January 23, 2017** – Plaintiff's Reply in Support of Motion to Reopen Discovery

Counsel for the parties have agreed to and seek this extension because they have pre-arranged travel and other court deadlines during this period that conflict with the deadlines currently in place for the response and reply. The short extension requested is not for purposes of delay and is sought in good faith.

Respectfully submitted this 14th day of December 2016.

DANIEL G. BOGDEN
United States Attorney

/s Troy K. Flake
Troy K. Flake
Assistant United States Attorney
*Of Attorneys for Federal Defendants*

/s David H. Becker
DAVID H. BECKER, ESQ., *Pro Hac Vice*
*Of Attorneys for Plaintiff*

It is so ordered.

Date: December 15, 2016

United States Magistrate Judge

2