DAVID H. BECKER, ESQ. (Pro Hac Vice)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID A. BAHR, ESQ. (Pro Hac Vice)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

*Attorneys for Plaintiff Basin and Range Watch*

DANIEL G. BOGDEN
United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the Federal Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>    Plaintiff,<br><br>    v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>    Defendants. | Civil Action No.: 2:16-cv-00403 JCM-PAL<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO REOPEN DISCOVERY**<br>**(SECOND REQUEST)** |

Plaintiff Basin and Rage Watch and Defendants Bureau of Land Management and U.S. Department of the Interior filed a Motion to Reopen Discovery (ECF# 32) on **December 9, 2016**. On **December 15, 2016**, the Court granted the parties' first request for extension of the briefing deadlines

(ECF #35). The current deadlines call for the United States' response on **January 9, 2017,** and Plaintiff's reply on **January 23, 2017**.

The parties have engaged in substantive discussions to resolve the matters at issue in the Motion to Reopen Discovery. Both parties are hopeful that they will be able to reach an agreement that will obviate the need for further briefing on this Motion. Accordingly, the parties request that the Court permit them to modify the briefing schedule as follows:

**January 23, 2017** – United States Opposition to the Motion to Reopen Discovery

**February 8, 2017** – Plaintiff's Reply in Support of Motion to Reopen Discovery

The extension requested is not for purposes of delay and is sought in good faith. This will give the parties sufficient time to work toward a resolution of the matters at issue in this motion, including obtaining client approval and crafting an appropriate stipulation. In the event that the parties are unable to resolve the issue without going forward on the Motion, this schedule will allow them to fully brief the issues and file their responses.

Respectfully submitted this 9th day of January 2017.

DANIEL G. BOGDEN
United States Attorney

/s/ Troy K. Flake
Troy K. Flake
Assistant United States Attorney
*Of Attorneys for Federal Defendants*

/s/ David H. Becker
David H. Becker, Esq., *Pro Hac Vice*
*Of Attorneys for Plaintiff*

It is so ordered.

Date: January 10, 2017

United States Magistrate Judge

2