UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>　　　　　　　　　　　　Plaintiff(s),<br><br>　v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>　　　　　　　　　　　　Defendant(s). | Case No. 2:16-CV-403 JCM (PAL)<br><br>ORDER |

Presently before the court is case no. 2:16-cv-00403-JCM-PAL. On February 21, 2017, this court ordered that the stay in this case would be lifted and that the court would begin considering the outstanding dispositive motions in this case. (ECF No. 42).

The court notes that the December 9, 2016, declaration of David Becker indicated the following:

> On September 14, 2016, [Mr. Becker] spoke with Troy Flake, Assistant United States Attorney and counsel for federal defendants, who advised me that the federal defendants would agree to release all of the documents that they had improperly withheld since Basin and Range Watch's February 26, 2015 FOIA request. Mr. Flake asserted that Tonopah Solar (the submitter of the requested information) had withdrawn its objection to release of the documents.

(ECF No. 33 at 2).

. . .

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Accordingly,

2  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that, within seven (7) days of
3  this order, the parties shall submit a declaration or stipulation to the court identifying the contested
4  materials, if any, that have been provided by defendants to plaintiff since August 9, 2016—the
5  date of plaintiff's cross-motion for summary judgment.

6  DATED March 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -