DAVID H. BECKER, ESQ. (Pro Hac Vice)
Oregon Bar No. 081507
Law Office of David H. Becker, LLC
917 SW Oak St., Suite 409
Portland, Oregon 97205
(503) 388-9160
davebeckerlaw@gmail.com

DAVID A. BAHR, ESQ. (Pro Hac Vice)
Oregon Bar No. 90199
Bahr Law Offices, P.C.
1035 1/2 Monroe St.
Eugene, Oregon 97402
(541) 556-6439
davebahr@mindspring.com

WOLF, RIFKIN, SHAPIRO,
SCHULMAN & RABKIN, LLP
CHRISTOPHER W. MIXSON, ESQ.
Nevada Bar No. 10685
5594-B Longley Lane
Reno, Nevada 89511
(775) 853-6787/Fax: (775) 853-6774
cmixson@wrslawyers.com

*Attorneys for Plaintiff Basin and Range Watch*

STEVEN W. MYHRE
Acting United States Attorney
District of Nevada
TROY K. FLAKE
Assistant United States Attorney
U.S. Attorney's Office
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: troy.flake@usdoj.gov

*Attorneys for the Federal Defendants*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BASIN AND RANGE WATCH,<br><br>   Plaintiff,<br><br>  v.<br><br>BUREAU OF LAND MANAGEMENT AND THE U.S. DEPARTMENT OF THE INTERIOR,<br><br>   Defendants. | Civil Action No.: 2:16-cv-00403 JCM-PAL<br><br>**JOINT MOTION FOR EXTENSION OF BRIEFING ON FEES MOTION (FIRST REQUEST)** |

On January 21, 2017, the Court entered an order (ECF #41) setting a briefing schedule for the parties Motion for Attorneys' Fees and Costs. Plaintiff filed its Motion for Attorneys' Fees and Costs on March 1, 2017. The briefing schedule called for Federal Defendants to file their response by March 31,

2017, and for Plaintiff to file its reply by April 21, 2017. It is expected that resolution of the fees motion will be dispositive of this case. *See* ECF #55 at 2:1-2.

The parties respectfully request that the briefing schedule be modified as follows:

**April 14, 2017** – Federal Defendants' Response to Motion for Attorneys' Fees and Costs

**May 17, 2017** – Plaintiff's Reply in Support of Motion for Attorneys' Fees and Costs

The parties do no seek this extension for purposes of delay, and good cause exists for the court to grant this extension. Specifically the need for additional time is a result of delays caused by reduced staffing levels at the agencies involved and official travel by the attorney for the Federal defendant, and Plaintiff's counsel's previously-scheduled travel throughout the last week of April and obligation on other matters. The parties are confident that this additional time will be adequate to complete the briefing.

Respectfully submitted this 28th day of March 2017.

STEVEN W. MYHRE
Acting United States Attorney

*/s/ Troy K. Flake*
Troy K. Flake
Assistant United States Attorney
*Of Attorneys for Federal Defendants*

*/s/ David H. Becker*
David H. Becker, *Pro Hac Vice*
*Of Attorneys for Plaintiff*

It is so ordered.

_____
United States District/Magistrate Judge

Dated: March 31, 2017